IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **CR. NO. JKB 13-083** |
| | ) | |
| **JAMES KALBFLESH, et al.** | ) | |

## JOINT STATUS REPORT

On behalf of the parties, the United States of America, by and through the undersigned attorneys, hereby files this joint status report concerning any *Garrity*-related issues and the government's pending motion for a protective order.

On March 28, 2013, the government filed a motion for a protective order related to the discovery of potentially *Garrity*-protected statements made by some of the defendants in this case. (*See* Doc. No. 42). The purpose of the proposed protective order was to protect all defendants' *Garrity* rights, and to spare the parties and this Court from having to conduct unnecessary *Kastigar* hearings. The defendants have not filed an objection to the government's pending motion, and have not filed any *Garrity* motions similar to the ones filed in companion cases *United States v. Hinckle*, et al., JKB-13-084, and *United States v. Harvey*, et al., JKB-13-102.

As of June 21, 2013, two defendants remain in this case: James Kalbflesh and Jason Weicht. Only defendant Kalbflesh has provided a statement that may be subject to *Garrity* protections. (*See* Doc. No. 42, at Exhibit A). However, defendant Kalbflesh recently signed a consent form, waiving any *Garrity* protections he may have. A copy of his possible *Garrity*

1

protected statement and waiver have been provided to his counsel.  Defendant Kalbflesh agrees with the terms of the government's proposed protective order.

At this point, the parties believe that defendant Weicht did not provide any statement protected by *Garrity*.  Therefore, the parties agree that defendant Weicht <u>does not</u> have standing to join the defendants' motions in the companion cases requesting a *Kastigar* hearing.  However, defendant Weicht opposes the government's motion for a protective order, because he does not want to be limited in his use of statements made by other defendants.  Accordingly, he plans to adopt the responses filed by the defendants in the companion cases.  (*See* JKB-13-084, Doc. No. 64; JKB-13-102, Doc. No. 25).

Should this Court grant the government's motion and sign the proposed protective order, the DOJ filter team will be in a position to disclose the redacted statements to defense counsel.

                                  Respectfully submitted,

/s/ James Shalleck                              THOMAS E. PEREZ
Counsel for James Kalbflesh              Assistant Attorney General
                                             Civil Rights Division

/s/ David Solomon
Counsel for Jason Weicht                  /s/Sanjay Patel
                                             SANJAY PATEL
                                             Trial Attorney
                                             FORREST CHRISTIAN
                                             Special Litigation Counsel
                                             U.S. Department of Justice
                                             Civil Rights Division, Criminal Section
                                             Washington, DC 20530
                                             (202) 307-6188
                                             sanjay.patel@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on June 21, 2013, a copy of the foregoing joint status report was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. The parties may access this filing through the Court's system.

/s/Sanjay Patel
SANJAY PATEL
Trial Attorney
U.S. Department of Justice
Civil Rights Division, Criminal Section
Washington, DC 20530
(202) 307-6188
sanjay.patel@usdoj.gov