**UNITED STATES DISTRICT COURT**
DISTRICT OF MARYLAND

CHAMBERS OF
**JAMES K. BREDAR**
UNITED STATES DISTRICT JUDGE
MDD_JKBChambers@mdd.uscourts.gov

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0950 OFFICE
(410) 962-0070 FAX

February 4, 2014

TO ALL COUNSEL OF RECORD

    RE:    *USA v. Kalbflesh*, Criminal No. JKB-13-0083

Presenting the jury with the unedited indictment in this case risks confusing them with several counts that are not pending against the remaining defendants, James Kalbflesh and Jason Weicht. As a result, members of the jury shall be presented with an edited version of the indictment that reflects only those charges brought against Messrs. Kalbflesh and Weicht.

The Court proposes to present the attached document in lieu of the unedited indictment. Counsel are invited to submit their views regarding the Court's proposed edited indictment by noon on Thursday, February 6, 2014.

In particular, the Court has made the following changes:

1. Counts IV, VI, VII, and VIII have been eliminated.

2. Counts I, II, III, and V have been redesignated Counts A, B, C, and D, respectively. The Court proposes using upper case letters in lieu of Roman numerals in redesignating the counts to avoid confusion in the record.

3. All references to Jeremy McCusker and Walter Steele have been edited. Their names are now printed in a regular font and are neither bolded nor in all capital letters. Further, they are now referred to as Mr. (or Messrs.) rather than defendant.

Despite the informal nature of this letter, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

/s/

James K. Bredar
United States District Judge

JKB/jh
Enclosure